663 A.2d 1353

SHERWOOD BAXT, ET AL. v. GERALD A. LILOIA, ET AL.

July 6, 1995.

Certification is summarily remanded to the Appellate Division to consider the claim of petitioners that the settlement of the underlying litigation expressly excluded plaintiffs' claims against the attorney defendants, contrary to the suggestion contained in the Appellate Division's opinion.

Jurisdiction is not retained.